In the Matter of the Probate of the Will of MARY B. DOWDLE, Deceased.

BART L. DOWDLE, Appellant; CHARLES M. DOYLE, Respondent.

(Argued April 14, 1931; decided May 12, 1931.)

*Francis D. Culkin, Avery S. Wright* and *Leonard H. Amdursky* for appellant.

*Francis E. Cullen* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.